U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 21 2019

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSE MANUEL URENA, Petitioner | CIVIL ACTION NO. 1:19-CV-312-P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the § 2241 Petition is hereby DISMISSED, WITH PREJUDICE as to the jurisdictional issue, but WITHOUT PREJUDICE as to the merits of Petitioner's claims.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 20th day of _June_, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE